IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

        Petitioner,                  No. CIV S-05-2016 LKK CMK P

    vs.

R. SMILEY,

        Respondent.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's January 11, 2006 dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1   For the reasons set forth in the magistrate judge's October 21, 2005 findings and
2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 right.  Accordingly, a certificate of appealability should not issue in this action.
4   IT IS SO ORDERED.
5 DATED: August 30, 2006.

/

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT